Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>8.  JORGE JESUS NAVARRETE, et al.,<br><br>Defendant. | NO. CR20-120RSM<br><br>ORDER GRANTING STAY OF<br>RELEASE ORDER |

This matter comes before the Court on the emergency motion of the United States for an order staying the release of defendant Jorge Jesus Navarrete, per an order issued by a United States Magistrate Judge of the District of Arizona.  The Court, having considered the motion and being otherwise fully advised, now, therefore

ORDERS that defendant's release is stayed.  Defendant shall remain in temporary detention pending a further order of this Court.

DATED this 7th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STAYING RELEASE
*United States v.* Navarrete/ CR20-120RSM