UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. CR20-120 RSM<br>) |
| v. | )<br>) DETENTION ORDER |
| JORGE JESUS NAVARRETE, | )<br>) |
| Defendant. | )<br>) |

<u>Offense charged</u>:    Conspiracy to Commit Money Laundering; Money Laundering (6 counts); Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>:    March 21, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant is a native and citizen of Mexico. He has permanent resident status in the United States, but may be subject to removal proceedings if convicted of a felony. He has strong family ties to Mexico—his wife resides in Mexico. She is sick with Lupus and he travels weekly to Mexico to visit her. He was arrested on the instant charges when he crossed into the United States from Mexico. The government alleges defendant was a "prolific courier/depositor in the alleged money laundering conspiracy, in aid of which the government alleges defendant traveled to multiple states making large cash deposits into bank accounts belonging to third parties.

2. Defendant poses a risk of nonappearance based on foreign citizenship, strong family ties to Mexico, and the nature of the instant charges involving alleged frequent travel and the transporting of large amounts of cash. Defendant does not poses a risk of danger.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st day of March, 2022.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3